IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYCER ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3001 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* (Filing No. 2)  The Court has reviewed the request and finds it should be granted. Accordingly,

IT IS ORDERED that plaintiff's application for leave to proceed without prepaying fees or costs is granted.  This action shall be filed at no cost to plaintiff pursuant to 28 U.S.C. § 1915(a)(1).

DATED this 6th day of January, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court