IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
TYCER ROBINSON,              )
                             )
          Plaintiff,         )         4:11CV3001
                             )
     v.                      )
                             )
MICHAEL J. ASTRUE,           )         ORDER
Commissioner of Social       )
Security Administration,     )
                             )
          Defendant.         )
_____ )
```

This matter is before the Court on plaintiff's motion for extension of time to submit brief (Filing No. 14). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until May 9, 2011, to submit his brief.

DATED this 8th day of April, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court