IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
TYCER ROBINSON,              )
                             )
          Plaintiff,         )        4:11CV3001
                             )
     v.                      )
                             )
MICHAEL J. ASTRUE,           )        ORDER
Commissioner of Social       )
Security Administration,     )
                             )
          Defendant.         )
_____)
```

This matter is before the Court on defendant's motion for extension of time to respond to plaintiff's brief (Filing No. 17).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until July 8, 2011, to submit his brief.

DATED this 9th day of June, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court